UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC ...
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-29-12

----------------------------------------------------------------X

JOICE WHITE,                                :

                Plaintiff,          :          ORDER

  -v.-                                    :

                                  11 Civ.5704 (KBF) (GWG)

DANIEL GOLDIN AND DANIELA GOLDIN,     :

                Defendants.          :

----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      On February 23, 2012, the parties participated in a settlement conference before the

Court under which plaintiff and defendants agreed to settle plaintiff's claims in accordance with

terms that were discussed in full by the parties and the Court.  Because this case was brought

under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 216(b), the Court has carefully

scrutinized the settlement for fairness.  Here, the settlement was a product of contested litigation,

with both sides represented by counsel.  The parties presented lengthy written submissions to the

Court regarding their positions.  In light of the proof presented by the parties as to their

respective positions, as well as the proffer from plaintiff's counsel regarding the attorney's fees

he has expended to date, the Court concludes that the settlement agreed upon by the parties is

reasonable and fair.  Accordingly, the dismissal of this case as contemplated by the settlement is

hereby approved.

      SO ORDERED.

Dated: February 29, 2012
      New York, New York

                              GABRIEL W. GORENSTEIN
                              United States Magistrate Judge