```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 05 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
JOICE WHITE                         :
                                    :
                    Plaintiff,      :    11 Civ. 5704 (KBF)(GWG)
                                    :
         -v-                        :         ORDER
                                    :
DANIEL GOLDIN and DANIELA GOLDIN    :
                                    :
                    Defendants.     :
                                    :
------------------------------------X

KATHERINE B. FORREST, District Judge:

It having been reported to this Court that this case has been settled, and Magistrate Judge Gorenstein having found that the settlement is reasonable and fair, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within sixty days.

The Clerk of the Court is directed to terminate this action.

SO ORDERED.

Dated:   New York, New York
         March 5, 2012

                                    _____
                                         KATHERINE B. FORREST
                                         United States District Judge